IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHENIKWA GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:14-CV-01384-WSD |
| ) | |
| ALLCONNECT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED among the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above action, including all claims and counterclaims asserted therein and with each party to bear their own costs and fees, is dismissed with prejudice.

**Respectfully Submitted** this 4th day of February, 2015.

[SIGNATURE PAGE FOLLOWS]

1

| | |
|---|---|
| */s/ Louis R. Cohan* | */s/Matthew R. Simpson* |
| Louis R. Cohan | Calvin R. Wright |
| Georgia Bar No. 173357 | Georgia Bar No. 672501 |
| Michelle L. Wein | Matthew R. Simpson |
| Georgia Bar No. 385424 | Georgia Bar No. 540260 |
| COHAN LAW GROUP, LLC | FISHER & PHILLIPS LLP |
| 3340 Peachtree Rd. NE, Suite 2570 | 1075 Peachtree St. NE, Suite 3500 |
| Atlanta, Georgia 30326 | Atlanta, Georgia 30309 |
| (404) 891-1770 (telephone) | (404) 231-1400 (telephone) |
| (404) 891-5094 (facsimile) | (404) 240-4249 (facsimile) |
| lcohan@cohanlawgroup.com | cwright@laborlawyers.com |
| mwein@cohanlawgroup.com | msimpson@laborlawyers.com |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |